JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 20-6590-JFW(ASx)**                                         Date: October 27, 2020

Title:   Jose Estrada -v- Vermont-Slauson Economic Development Corporation, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                        None Present
   Courtroom Deputy                                      Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                   None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER OF DISMISSAL**

   In the Notice of Settlement filed on October 26, 2020, Docket No. 17, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 11, 2020. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 11, 2020. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 1/14/15)